**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST; and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> JAGUR TRACTOR, a California corporation also doing business a "Jagur Tractor Equipment Rental"; BIG CAT EQUIPMENT RENTALS, LLC, a California limited liability company; and CHINO GRADING, Inc., a California corporation, <br><br> Defendants. | Case No. 2:16-cv-07819 AB (RAOx) <br><br> Assigned to the Honorable Andre Birotte Jr. <br><br> **[Proposed] ORDER DISMISSING ACTION, WITH PREJUDICE** |

///

///

///

Pursuant to the "Stipulation for Dismissal With Prejudice" entered into by and between Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust, and Defendants Jagur Tractor, Big Cat Equipment Rentals, LLC, and Chino Grading, Inc., and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is dismissed, with prejudice. Each party to bear its own attorneys' fees and costs.

Dated: _
June 26, 2018

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE